IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JONATHAN RAY DEAN, #17488-064 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv229 |
| | § | CONSOLIDATED WITH NO. 4:16cv685 |
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 4:09CR00063-001 |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside or Correct a Sentence is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 11th day of February, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE